# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**Index #:** 1:26-cv-07064-NRM-PCG
**Date Filed:**
**Court Date:**
**Assigned Justice:**

File No.:

***Best System Sales, Inc.***

*Plaintiff(s)/Petitioner(s)*

*vs.*

***Selective Insurance Company of America***

*Defendant(s)/Respondent(s)*

STATE OF New York , COUNTY OF ALBANY SS.:

James Perone , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Monday, November 16, 2026** at **2:30 PM** . at **c/o Department of Finance, One Commerce Plaza, Albany, NY 12211** deponent served the within

**Summons in a Civil Action, Complaint and Demand for Jury Trial with Supporting Papers**

on: **Selective Insurance Company of America**

**Defendant** therein named.

CORPORATION #1 ☒ By delivering to and leaving with **Pete DiFabio, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

DESCRIPTION #2 ☒ (use with #1, 2 or 3)

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: Male Color of skin: White Color of hair: Black Age: 36 - 50 Yrs. Height: Under 5'
Weight: 131-160 Lbs. Other Features:

#3 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER ☐

Sworn to before me on this 16th day of November 2026

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2028

James Perone

Job # S1950571

***Servico, Inc. P.O. Box 871, Albany, NY 12201***